IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 00-40485
Summary Calendar

———————————

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

SANTOS CABALLERO-REYES,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:99-CR-87-1
--------------------
September 28, 2000

Before HIGGINBOTHAM, WIENER, and BARKDSALE, Circuit Judges.

PER CURIAM:[*]

     The Federal Public Defender appointed to represent Santos Caballero-Reyes has moved for leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Caballero-Reyes received copies of counsel's motion and brief but has not filed a response.  Our independent review of the brief and the record discloses no nonfrivolous issue.

     Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  See 5th Cir. R. 42.2.

———————————

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.